IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CORNELIUS MADISON,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORP., et al.,<br><br>    Defendant. | Case No.: 21-387<br><br>(Formerly in the Circuit Court of Clarke County, Alabama; CV-2021-900090.00) |

### DEFENDANT'S MOTION TO FILE UNDER SEAL NOTICE OF REMOVAL

COMES NOW Defendant Dolgencorp, LLC[1] and, pursuant to S. D. Ala. General L. R. 5.2, moves to file, under seal, a Notice of Removal. In support of this Motion, Defendant states as follows:

1. Defendant intends to file a Notice of Removal. The contents and exhibits of the Defendant's Notice of Removal contain health information pertaining to Plaintiff that may be protected by the Health Insurance Portability and Accountability Act of 1996 (HIPAA). Defendant's arguments also rely upon said information.

2. Out of an abundance of caution, Defendant requests leave to file its Notice of Removal under seal.

---

[1] Incorrectly identified in Plaintiff's Complaint as Dollar General Corp., Inc.

{B4112585}

3. The duration of the Motion to Seal shall be permanent as the same contains the above-described and protected information.

4. A proposed Order and the Notice of Removal to be filed under seal are attached hereto.

WHEREFORE, premises considered, Defendant respectfully requests permission to file its Notice of Removal and Exhibits under seal.

Respectfully Submitted,

*/s/ Beth Lee Liles*
M. WARREN BUTLER (BUTLM3190)
ALEX TERRY WOOD (TERRA61230)
BETH LEE LILES (LEE059)
Starnes Davis Florie LLP
11 North Water Street, Suite 20290
Mobile, Alabama 36602
Phone: (251) 433-6049
Facsimile: (251) 433-5901
wbutler@starneslaw.com
awood@starneslaw.com
bliles@starneslaw.com

{B4112585}

## **CERTIFICATE OF SERVICE**

      I certify that I have served a copy of the foregoing on the following parties or attorneys of record by filing same with the Clerk of Court via CM/ECF, U. S. MAIL and/or electronic mail properly addressed and postage prepaid, and/or electronic mail, on September 8, 2021:

Ayrn Sedore
Slocumb Law Firm, LLC
61 St. Joseph Street, Suite 902
Mobile, Alabama 36602
Phone: (251) 230-7595
Facsimile: (334) 521-8036
asedore@slocumblaw.com

                                            */s/ Beth Lee Liles*
                                            BETH LEE LILES (LEE059)

{B4112585}